PER CURIAM.
We affirm appellant’s conviction of second-degree murder (of Caceres), attempted third-degree murder (of Perez), shooting into an occupied vehicle and displaying a firearm while committing a felony.
In computing appellant’s sentence for attempted third-degree murder, the trial judge included 21 points for the injury to Perez, which raised appellant’s guidelines sentence to the 17-22 years range. The guidelines in effect in January, 1986, the date of the offenses and thus applicable,[1] provided: “Victim injury shall be scored if it is an element of any offenses at conviction.” (e.s.)[2]
The state concedes that victim injury, not being an essential element of the attempted third-degree murder of Perez, cannot therefore be counted under the applicable guidelines. Exclusion of the 21 points for such injury thus reduces the guidelines sentencing range to the 12-17 years cell.
Accordingly, we affirm the convictions herein but vacate the sentences imposed and remand for appropriate sentencing within the 12-17 years range.

. See Miller v. Florida, — U.S.-, 107 S.Ct. 2446, 96 L.Ed.2d 3S1 (1987).

. Fla.R.Crim.P. 3.701(d)(7) (as amended effective July 1, 1985).